FILED
IN OPEN COURT

MAR 16 2021

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

UNITED STATES OF AMERICA          )
                                  )
            v.                    )    Criminal No. ~~2:20-cr-~~____  2:21cr17
                                  )
JUNAJAH SHAQUILLA SOMERVILLE,     )
                                  )
            Defendant.            )

## STATEMENT OF FACTS

If this matter had gone to trial, the United States would prove by admissible evidence and beyond a reasonable doubt the following:

1. On March 10, 2019 at approximately 5:49 p.m. the AT&T store located at 12080 Jefferson Avenue, Suite 915, Newport News, Virginia was robbed by two unidentified black males. One of employee-victims, (hereinafter described as "MJ,") reported the suspects entered the store wearing black hoodies, gloves, and face masks. MJ stated that one of the suspects implied he had a firearm, and kept his hand inside of a handbag while motioning towards MJ. The suspects then forced MJ into the rear of the business, placing what MJ described as an object into his back. Once inside the inventory room, the suspects encountered two more store employees and ordered them to put their hands in the air. The victims complied while the suspects began to remove approximately 15 Apple iPhones from the store's inventory. One of the Apple iPhones taken was equipped with a GPS tracker. The robbers also took $850 cash from the business. The suspects then forced the three victims into a bathroom inside the store before fleeing the business. As the suspects were leaving the store, the victims came out of the bathroom and saw them run across Jefferson Avenue towards the Wawa gas station located directly across the street. SOMERVILLE was waiting at the Wawa gas station to pick up the



robbers and the group fled the area in the defendant's silver Ford Fusion.

2. Newport News detectives responded to the scene and were able to track the stolen GPS-enabled iPhone moving towards Chesapeake, Virginia. Within 90 minutes of the robbery, Chesapeake police conducted a traffic stop of a 2007 Hyundai Sante Fe that contained the GPS tracker, at the intersection of Trade Street and George Washington Highway in Chesapeake. The vehicle was driven by Cooperating Witness #1 ("CW-1") who was the sole occupant. The iPhone with a GPS tracker was located inside the vehicle, along with several cell phones that were confirmed to be stolen from the Newport News AT&T robbery described above. CW-1 was arrested and transported to the Newport News Detective Bureau to be interviewed. During a custodial interview with detectives, CW-1 stated that he had just bought the phones from a black female who goes by the name of "Meek."

3. Newport News police officers canvassed the Wawa convenience store on Jefferson Avenue and located video surveillance footage showing a silver Ford Fusion entering the parking lot prior to the robbery, and two subjects exiting the vehicle and walking towards the AT&T store. After the robbery occurred, the video shows the same subjects returning to the Wawa parking lot, and running towards the Ford Fusion which was driving around the parking lot. The Ford Fusion is then seen leaving.

4. Historical data from the iPhone GPS tracker showed that after the robbery it traveled to Chesapeake, and was stationary for a period of time in the 1700 block of Birch Trail Circle. The phone then left Birch Trail Circle where it was tracked to CW-1's vehicle and finally recovered during the traffic stop of the Hyundai Santa Fe referenced above.

2

SSC



5. The GPS data was relayed to officers who drove to the 1700 block of Birch Trail Circle and located a silver Ford Fusion similar to the type seen on the surveillance video at the Wawa. The vehicle, with Virginia tag VVM7994, was parked in the space closest to a residence at 17** Birch Trail Circle. DMV records reflected the vehicle and license plate were registered to "QS," with an address in Norfolk. Detectives then ran the registered owner's information through various police data bases and found that "QS" had a daughter named JUNAJAH SHAQUILLA SOMERVILLE who goes by the nickname of "Meek" on her social media page.

6. At the time of the robbery, SOMERVILLE was on bond in Chesapeake for pending fraud charges and was required to wear a GPS monitor as part of the conditions of her release. GPS data received from SOMERVILLE's ankle bracelet showed that on March 10, 2019 she was present at the Newport News Wawa across the street from the AT&T store during the time of the robbery.

7. Detectives obtained a search warrant for a cell phone used by SOMERVILLE. Data from the phone included several text message conversations between SOMERVILLE and CW-1 on the same date as the AT&T robbery. Specifically, SOMERVILLE told CW-1 that she was going to have "[a] whole lot like last time." After the robbery occurred, SOMERVILLE sent CW-1 numerous text messages describing what types of phones she had and that they came from AT&T.   SOMERVILLE told CW-1 in the text conversations that she had moved and gave him her new address as 17** Birch Trail Circle. CW-1 then agreed to meet her at the new residence to purchase the phones.

8. On April 14, 2019 at approximately 2:00 p.m., two unidentified black males wearing ski masks, one wearing a black hooded sweatshirt and the other a camouflage jacket, entered the




Verizon store at 6255 College Drive, Suffolk, Virginia, brandished a firearm and demanded that an employee ("BA") open the safe. When BA was unable to open the safe because of a 10-minute time delay on the mechanism, the robbers became frustrated and forced a customer who was also inside the store to hand over his personal phone. When it became clear that BA was not going to be able to open the safe quickly, the two robbers fled the store with only the customer's phone.   Earlier that day at 11:35 a.m., an associate of SOMERVILLE's (hereinafter referred to as "SH") texted SOMERVILLE and asked, "What happened with Suffolk?"   At 2:20 p.m., SOMERVILLE responded, "someone was in there."   SH later texted SOMERVILLE at approximately 2:53 p.m. and asked, "Y'all did it" to which SOMERVILLE replied, "No." SOMERVILLE then asked SH to help her find another location. Shortly thereafter, a photomap of the Verizon Wireless location at 4807 Virginia Beach Boulevard in Virginia Beach was shared between SH and SOMERVILLE.

9. On April 14, 2019 GPS data from the customer's phone taken during the earlier attempted robbery of the Suffolk Verizon store showed the stolen phone at or near the Verizon Wireless store on Virginia Beach Boulevard at approximately 3:15 p.m.   At approximately 3:16 p.m., the Verizon Wireless store was robbed at gunpoint by two unidentified black males who were generally described as wearing the same clothing and brandishing a firearm similar to the attempted robbery in Suffolk. The suspects forced the victim employees (hereinafter referred to as "TP" and "JL") to the back of the business at gunpoint and demanded cellphones, tablets, and Apple watches.   TP and JL complied and the suspects fled with approximately 25 cell phones and tablets. Cell phone GPS location data from SOMERVILLE's cell phone placed her behind the Virginia Beach Verizon Wireless store during the robbery on April 14, 2019. At

4



approximately 3:49 p.m., SOMERVILLE texted SH that she wanted to pick her up, but SH replied, "I'm not getting in there with no gun and phones and robbers."   At approximately 3:48 p.m., SH texted SOMERVILLE, "Drop the gun off before you put me in the car with them."

10. Shortly after the robbery, detectives contacted CW-1 and asked him to advise them if anyone called trying to sell Verizon cellphones. Approximately five minutes later, CW-1 informed detectives that he had just received a call from phone number 252-***-2067, the same phone SOMERVILLE used for the texts referenced above, and stated that a female was attempting to sell Verizon cellphones and tablets. The female was later identified as JUNAJAH SOMERVILLE and the cell phone used to communicate with CW-1 was connected to SOMERVILLE in multiple police databases.

11. At approximately 6:30 p.m., under the direction and control of law enforcement, a controlled "buy" of the cell phones was set up between SOMERVILLE and CW-1 at a Wawa gas station and convenience store on Woodlake Drive in Chesapeake. CW-1 was told not to attend the controlled buy for safety reasons. Police set up surveillance at the Wawa but continued to be in communication with CW-1.

12.   A short time later, surveillance observed a silver Ford Fusion bearing Virginia tag VVM7994 enter the Wawa parking lot and park at the gas pumps as if purchasing gas. SOMERVILLE then contacted CW-1 and advised that she was at the Wawa and would be waiting at pump number 5. CW-1 relayed this information to police.

13. While detectives were conducting surveillance, SOMERVILLE exited the passenger side of the Ford Fusion, opened the trunk and took a picture of the contents with her cell phone. Moments later CW-1 confirmed to detectives that SOMERVILLE had just sent him a photo of

5





numerous cell phones. Under the direction and control of law enforcement, CW-1 informed SOMERVILLE that he would not be able to purchase the phones because the IMEI numbers associated with them were showing the devices as stolen.

14. The driver of the Ford Fusion, later identified as SH, then drove out of the Wawa parking lot and detectives followed the vehicle to Virginia Beach where a traffic stop was attempted by Virginia Beach police marked patrol units. SH refused to stop and continued driving at a high rate of speed resulting in a vehicle pursuit through Virginia Beach, Norfolk, and into Chesapeake, where the pursuit was terminated for public safety reasons.

15. At approximately 8:05 p.m., Chesapeake police located the same silver Ford Fusion unoccupied at the intersection of Military Highway and Smith Drive. SOMERVILLE had fled the scene, however SH was located inside a nearby McDonald's restaurant attempting to blend in with employees.

16. During a custodial interview, SH denied knowing about or committing the robberies but implicated SOMERVILLE as the subject inside the vehicle with her during the police pursuit.

17. SOMERVILLE was arrested the next day in the 2200 block of Acorn Road in Virginia Beach. After waiving her Miranda rights, SOMERVILLE made incriminating statements regarding the cell phone store robberies, advising detectives, among other things, that she sold phones to the "Chinese man.[1]" SOMERVILLE denied committing the robberies. When asked whether she had a nickname, SOMERVILLE told detectives she went by the name

---

[1] CW-1 is Vietnamese.

SSC

"Meek."

18. Search warrants were executed on SOMERVILLE's silver Ford Fusion, her residence, and cellphones. Police recovered approximately 14 cellphones and tablets that were confirmed to have been stolen from the Virginia Beach Verizon Wireless store on April 14, 2019.

19. AT&T receives shipments of products that are manufactured outside the Commonwealth of Virginia and are sold for resale at the Newport News store that was robbed. Verizon receives shipments of products that are manufactured outside the Commonwealth of Virginia and are sold for resale at both the Suffolk and Virginia Beach stores described above. Therefore, the robbery and attempted robbery of the AT&T and Verizon Wireless stores described herein affected interstate commerce.

20. The acts taken by the defendant in furtherance of the offenses charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law.   The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offenses charged in this case, nor does it identify all of the persons with whom the defendant may have engaged in illegal activities.

Respectfully submitted,

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

By:   _Sherrie V. Capotosto_
Sherrie S. Capotosto
Assistant United States Attorney

7

SSC



After consulting with my attorney and pursuant to the plea agreement entered into this day between myself and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Junajah Shaquilla Somerville
Defendant

I am JUNAJAH SHAQUILLA SOMERVILLE's attorney. I have carefully reviewed the above Statement of Facts with her. To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

_____
Wilfredo Bonilla, Jr.
Assistant Federal Public Defender

8

